**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DELOS NAVIGATION CORP.** | **CIVIL ACTION NO.** |
| **VERSUS** | **SECTION** |
| **STK LINE SA, *in personam,* EAGLE SHIP MANAGEMENT LLC, *in personam,* and the M/V TSUNOMINE BULKER, *in rem*** | **JUDGE**<br>**MAGISTRATE** |

**VERIFIED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Delos Navigation Corporation (hereinafter "Delos" or "Plaintiff"), complaining of the motor vessel M/V TSUNOMINE BULKER, her engines, tackle, apparel, etc., *in rem*, and her owners/operators/managers, *in personam*, pursuant to Supplemental Rule C and Rule B and other Federal Rules of Civil Procedure and files this, its Verified Complaint, and would respectfully show the Court as follows:

1. This is an admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court pursuant to 28 U.S.C. §1333, and within the meaning of Rule 9(h), and Rules B, C and E of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

2. This is a complaint, both *in personam* and *in rem*, pursuant to a maritime lien arising from the incident involving the M/V UNION TAYLOR and the M/V TSUNOMINE BULKER, when the M/V UNION TAYLOR was struck by errant underway M/V TSUNOMINE BULKER at about 2136 hours on October 14, 2026.

3. Venue is proper in this matter pursuant to 28 U.S.C. §1391(b)(2), as Defendant STK Line SA cannot be found within this District within the meaning of Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims; however, on information and belief, assets of Defendant STK Line SA are or will be within the pendency of this suit within this District, to-wit: the M/V TSUNOMINE BULKER, IMO 1014280.

4. Plaintiff, Delos Navigation Corporation, is the owner of the M/V UNION TAYLOR.

5. At all material times the M/V UNION TAYLOR was tight, staunch, strong, seaworthy, properly manned and equipped. M/V UNION TAYLOR, IMO 9691644 is a Marshall Islands flagged steel hulled, 179.97 meter, general cargo vessel.

6. The defendant M/V TSUNOMINE BULKER, *in rem*, IMO 1014280, is a Panama flagged steel hulled, 182.94 meter bulk carrier.

7. The defendant M/V TSUNOMINE BULKER is owned by defendant STK Line SA which, on information and belief, has a business address of Mediterranean Shipping Co. Srl Via Francesco Ciampa 29, 80063, Piano di Sorrento NA, Italy.

8. The defendant M/V TSUNOMINE BULKER is managed by defendant Eagle Ship Management LLC which, on information and belief, has a business address of Shinkawa Musashiya Building, 1-chome-2-10, Shinkawa, Chuo-ku, Tokyo, 104-0033 Japan.

9. M/V TSUNOMINE BULKER is now, and/or will be during the pendency of process herein, within this District and therefore within the jurisdiction of this Honorable Court and subject to process *in rem* pursuant to Rules B and C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

10. Plaintiff further avers that Defendant STK Line SA is not found within this District and without a valid agent for service of process in this District; however, on information and belief, Defendant STK Line SA and/or their related, affiliated or alter ego companies have property,

goods, chattels, or credits and effects that will be during the pendency of this litigation found within the jurisdiction of this Honorable Court and subject to non-resident attachment, to-wit: the M/V TSUNOMINE BULKER, IMO 1014280. Plaintiff therefore requests process attaching the M/V TSUNOMINE BULKER, IMO 1014280, and other property of Defendant STK Line SA pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

11. Prior to the incident, the M/V UNION TAYLOR was safely and properly berthed alongside the ADM Ama terminal on the Mississippi River. The M/V TSUNOMINE BULKER struck the M/V UNION TAYLOR causing damages presently estimated to be in excess of $1,000,000.00 (ONE MILLION AND NO/100 U.S. DOLLARS). This incident gives rise to a maritime lien under Supplemental Rule C of the Federal Rules of Civil Procedure.

12. The incident and the proximately resulting damages were caused solely by, and due to, the negligence, gross negligence, navigational error, fault and unseaworthiness of the M/V TSUNOMINE BULKER, and her officers, crew, owners/operators/managers, committed while the M/V TSUNOMINE BULKER was operating upon the navigable waters of Louisiana, for which the M/V TSUNOMINE BULKER is liable *in rem*.

13. The foregoing casualty and damages were in no way caused or contributed to by any fault or neglect or want of care on the part of M/V UNION TAYLOR or of anyone for whose conduct M/V UNION TAYLOR interests are responsible, but rather, were the result of and caused solely by the fault, neglect and lack of care on the part of the M/V TSUNOMINE BULKER and those in charge of her navigation, in the following respects, among others, which will be shown at the trial of this cause:

A. M/V TSUNOMINE BULKER was unseaworthy;

B. M/V TSUNOMINE BULKER had persons in charge of her navigation who were fatigued, careless, incompetent or inattentive to their duties;

C. M/V TSUNOMINE BULKER failed to keep a proper lookout, visually, on ECDIS and/or on radar;

D. M/V TSUNOMINE BULKER negligently failed to do what should have been done to avoid the aforesaid collision;

E. The owners/operators/managers of the M/V TSUNOMINE BULKER negligently equipped and manned the vessel, and did not provide proper training for maneuvering;

F. M/V TSUNOMINE BULKER was maneuvered at an improper course and speed, failed to appreciate the risk of collision, and failed to take appropriate action to avoid collision with the M/V UNION TAYLOR;

G. M/V TSUNOMINE BULKER violated various Inland Rules of the Road, including, but not limited to, Rules 2, 5, 6, 7, 8, 9, 13, 17 and 18; and

H. All such other unseaworthiness of the M/V TSUNOMINE BULKER and negligence of her master, officers and crew which will be established at trial.

14. All and singular the premises are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Plaintiff requests:

1. Process in due form of law, according to the rules of practice of this Honorable Court in cases of admiralty and maritime jurisdiction pursuant to Rules B, C and E of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Action issue against the M/V TSUNOMINE BULKER, *in rem*, and all persons

having or claiming any interest in the M/V TSUNOMINE BULKER be cited to appear and answer;

2. This Honorable Court enter an order directing the clerk to issue a warrant for the arrest of the M/V TSUNOMINE BULKER under Rule C;
3. Process of maritime attachment under Rule B issue against Defendant STK Line SA, *in personam*, and its property in the district, to-wit: M/V TSUNOMINE BULKER, IMO 1014280 and that Defendant STK Line SA be adjudged liable to Plaintiff in the full amount of Plaintiff's claim, plus legal and contractual interest (pre-judgment and post-judgment), costs, court costs, Marshal's fees, *custodia legis*, and attorneys' fees as allowed by contract;
4. The M/V TSUNOMINE BULKER, IMO 1014280 and all other property of Defendant STK Line SA within this District be attached and/or garnished pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims for writ of attachment or garnishment in the full amount of Plaintiff's claim plus legal and contractual interest (pre-judgment and post-judgment), costs, court costs, Marshal's fees, *custodia legis*, and attorneys' fees as allowed by contract, all pursuant to writ of attachment and/or garnishment as authorized or permitted by the Federal Rules of Civil Procedure and the laws and statutes of the State of Louisiana;
5. M/V TSUNOMINE BULKER, her engines, tackle, apparel, etc., be seized and condemned, and sold under the direction of this Honorable Court, and the proceeds of this sale placed into the registry of this Honorable Court to satisfy said decree;
6. That after further proceedings be had, judgment be entered herein in favor of the Plaintiff and against the M/V TSUNOMINE BULKER, IMO 1014280, *in rem*, plus

legal and contractual interest (pre-judgment and post-judgment), costs, court costs, Marshal's fees, *custodia legis*, and attorneys' fees as allowed by contract and all such other sums to which plaintiff is entitled;

7. After due proceedings be had, that any and all goods and chattels of Defendant STK Line SA in the hands of third parties be retained within this jurisdiction pending the outcome of this litigation (or pending the issuance of proper and solvent security by Defendant); and

8. Plaintiff may have such other and further relief both *in rem* and *in personam* against M/V TSUNOMINE BULKER owners/operators/managers as may be just and equitable under the circumstances of this case.

**Respectfully submitted,**

**PHELPS DUNBAR LLP**

BY: *___/s/ Michael Held_________________*
Michael Held, LA Bar #37466
Ashley B. Palermo, LA Bar #40708
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: Michael.held@phelps.com
Email: Ashley.palermo@phelps.com

**ATTORNEYS FOR PLAINTIFF DELOS NAVIGATION CORP.**