**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DELOS NAVIGATION CORP.** | **CIVIL ACTION NO.** 2:26-cv-02397 |
| **VERSUS** | **SECTION** P (2) |
| **STK LINE SA, *in personam,* EAGLE SHIP MANAGEMENT LLC, *in personam,* and the M/V TSUNOMINE BULKER, *in rem*** | **JUDGE** DARREL JAMES PAPILLION |
| | **MAGISTRATE** DONNA PHILLILPS CURRAULT |

**WRIT OF ATTACHMENT AND GARNISHMENT**
**(Summons & Process of Attachment)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: The Marshal of the Eastern District of Louisiana, or to his lawful Deputy

A verified Complaint has been filed in this Court on the 16th day of October 2026, numbered and entitled as above, with a claim for damages in excess of $1,000,000.00 together with a prayer for attachment, and accompanied by a declaration that the defendant STK Line SA in the suit cannot be found within this District:

NOW THEREFORE, you are hereby commanded to attach the defendants' goods and chattels, or credits and effects in your District, to the amount sued for, to-wit: M/V TSUNOMINE BULKER, IMO 1014280, a Panama flagged steel hulled, 182.94 meter bulk carrier.

If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of the Cargo.

CLERK OF COURT

Dated: 10/16/26

By: ______________________
Deputy Clerk

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

ISSUED FOR:

Michael Held, LA Bar #37466
Ashley B. Palermo, LA Bar #40708
Phelps Dunbar, LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: Michael.held@phelps.com
Email: Ashley.palermo@phelps.com